

# NUMBER 13-14-00700-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**HARLINGEN MEDICAL CENTER, LIMITED
PARTNERSHIP,**                                                          **Appellant,**

**v.**

**ROSA ANDRADE, AS NEXT FRIEND OF
M. H. A., A MINOR CHILD, ET AL.,**                                      **Appellee.**

---

### On appeal from the 404th District Court
### of Cameron County, Texas

---

# ORDER ABATING APPEAL

## Before Chief Justice Valdez and Justices Rodriguez and Garza
## Per Curiam

This cause is before the Court on the record and appellant's unopposed motion to abate the appeal. Appellant believes it is prudent that this appeal be abated pending resolution of a second motion to dismiss pending in the trial court.

The Court, having examined and fully considered the documents on file and the unopposed motion to abate, is of the opinion that the motion to abate the appeal should be granted. The motion to abate the appeal is GRANTED and this appeal is ordered ABATED until April 20, 2015 or upon further order of this Court.

The Court directs appellants to file, on or before April 20, 2015, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
17th day of February, 2015.

2